# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK YOUNG, *et al.*,<br><br>    Defendants. | Case No. 2:13-CR-00149-KJD-CWH<br><br>**ORDER** |

Before the Court is the Magistrate's Findings and Recommendation (#42) regarding Defendants' Motions to Suppress (##25, 26). Defendants have been granted multiple extensions of time to file objections (## 44, 49). Ultimately, Defendants were given until March 11, 2014 to file any objections to the Magistrate's Findings and Recommendation (#49). No objections have been filed.

The Court's obligation is "to arrive at its own independent conclusion about those portions of the magistrate's report to which objections are made." United States v. Remsing, 874 F.2d 614, 618 (9th Cir. 1989). Specifically, the Court is to engage in "de novo" review of the findings and recommendations objected to. 28 U.S.C. § 636(b)(1)(C) (2012). As no objections have been made, the Court **HEREBY ADOPTS** and **AFFIRMS** the Magistrate's Findings and Recommendation.

DATED this 17th day of March 2014.

_____
Kent J. Dawson
United States District Judge