1

2

3

4                       UNITED STATES DISTRICT COURT

5                            DISTRICT OF NEVADA

6                                    * * *

7    UNITED STATES OF AMERICA,              Case No. 2:13-CR-149-KJD-CWH

8                              Plaintiff,
                                                        ORDER
9          v.

10   THOMAS LEWIS,

11                            Defendant.

12

13

14        Before the Court is the Government's Motion to Strike the Preliminary Order of

15   Forfeiture from the Amended Judgment in a Criminal Case with Respect to Thomas Lewis

16   ONLY (#122). Having reviewed the motion, and good cause appearing, the motion is

17   **GRANTED**. The Preliminary Order of Forfeiture (#89) is **HEREBY STRICKEN** only as to

18   Defendant Thomas Lewis, independent of Defendants Young and Madden.

19

20   DATED this 19th day of August 2014.

21

22

23   _____

24   Kent J. Dawson
     United States District Judge

25

26